IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSALIND R. KING,<br><br>    Plaintiff,<br><br>      v.<br><br>KENNESAW STATE UNIVERSITY,<br>et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:05-CV-3169-TWT |

## ORDER

This is an employment discrimination action. It is before the Court on the thorough and well reasoned Report and Recommendation [Doc. 66] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 51]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 51] is GRANTED.

SO ORDERED, this 13 day of September, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\King\r&r.wpd